# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**531.1**
**TP 13-01602**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF RASHAD RUHANI, PETITIONER,

V                                                                    ORDER

ALBERT PRACK, DEPUTY COMMISSIONER, INMATE
DISCIPLINARY PROGRAM AND SPECIAL HOUSING UNIT,
RESPONDENT.

---

RASHAD RUHANI, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENT.

---

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Cayuga County [Mark H.
Fandrich, A.J.], entered September 4, 2013) to review a determination
of respondent. The determination found after a tier III hearing that
petitioner had violated an inmate rule.

It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered:  May 2, 2014                              Frances E. Cafarell
                                                   Clerk of the Court